No. 10–8341. JENSEN v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 10–8343. LEWIS v. STANSBERRY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 10–8345. JENKINS v. NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES. C. A. 2d Cir. Certiorari denied. ██ 

No. 10–8346. RENDER v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied. 

No. 10–8347. AYALA v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 10–8352. SOUCY v. BARNHART, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 10–8358. CUDD v. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 10–8361. ASKEW v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–8364. ROSARIO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 10–8365. WELLS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. .

No. 10–8366. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 10–8368. COBOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8371. ALMAGRO v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 10–8372. DAVIS, AKA HEALY, AKA MARTIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–8375. GAMEZ-ORTEGA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.